UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ADAM A. JAMISON,

                          Plaintiff,

                -against-

NEW YORK CITY POLICE DETECTIVE
MATTHEW CROWLEY, et al.,

                        Defendants.
------------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

09 Civ. 4194 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff Adam A. Jamison appeared before the Court by teleconference on June 18, 2010, requesting information regarding the identity of Officer Guzman, an NYPD officer he intends to name as a Defendant.

      The New York City Law Department shall provide Plaintiff with the first name and shield number of Officer Guzman by June 25, 2010. Plaintiff shall file an amended complaint and serve it on Officer Guzman by July 16, 2010. Plaintiff shall also serve the amended complaint on Officer Gonzalez, who has not yet been served, by July 16, 2010.

      The New York City Law Department shall provide Plaintiff with the address at which Officers Guzman and Gonzalez can be served, or, alternatively, obtain their consent to receive service on their behalf.

      SO ORDERED.

Dated:    June 2/, 2010
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge